# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

145003

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOYCE KOSS, Deceased, by the Personal
Representative of the Estate of Joyce Koss,
ROBERT KOSS,
    Plaintiff,

v

AHEPA 371 II, INC.,
    Defendant/Cross-
    Defendant-Appellee,

and

AMERICAN FIRST AID COMPANY, d/b/a
CINTAS FIRE PROTECTION,
    Defendant/Third-Party Plaintiff/
    Cross-Plaintiff-Appellant,

and

AHEPA NATIONAL HOUSING
CORPORATION and AHEPA MANAGEMENT
COMPANY,
    Defendants-Appellees,

and

NATHALIE BOCHET,
    Third-Party Defendant-Appellee.

SC: 145003
COA: 301203
Macomb CC: 2009-000866-NO

_____/

   On order of the Court, the application for leave to appeal the March 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk

t0927